No. 179. ST. LOUIS EXPANDED METAL FIREPROOFING COMPANY, PLAINTIFF IN ERROR, *v.* STANDARD FIREPROOFING COMPANY. In error to the Supreme Court of the State of Missouri. Motions to dismiss or affirm submitted December 5, 1904: Decided December 12, 1904. *Per Curiam.* Dismissed for the want of jurisdiction. *Mutual Insurance Company* v. *McGrew,* 188 U. S. 291; *Turner* v. *Richardson,* 180 U. S. 87; *Home for Incurables* v. *New York,* 187 U. S. 155; *Layton* v. *Missouri,* 187 U. S. 356. Case reported below 177 Missouri, 359. *Mr. James A. Carr* for plaintiff in error. *Mr. Frank L. Shepard* and *Mr. Hervey S. Knight* for defendant in error.

No. 356. COPPER KING OF ARIZONA, APPELLANT, *v.* PETER JOHNSON ET AL. Appeal from the Supreme Court of the Territory of Arizona. Motions to dismiss or affirm submitted December 5, 1904. Decided December 12, 1904. *Per Curiam.* Judgment affirmed with costs. *Rio Grande, etc., Company,* v. *Gildersleeve,* 174 U. S. 603, 609; *Sparrow* v. *Strong,* 4 Wall. 584; *Kerr* v. *Clampitt,* 95 U. S. 188. Revised Statutes of Arizona (1901), sections 1214, 1389, 1493, 4104. Case reported below. 76 Pac. Rep. 594. *Mr. William C. Prentiss* for appellant. *Mr. Allen R. English* for appellees.